**UNITED STATES OF AMERICA,**
Plaintiff–Appellee

v.

**Jose Roberto AVALOS–PEREZ, also known as Roberto Avalos–Melgar,**
Defendant–Appellant.

No. 07–51144
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

David J. Kimmelman, El Paso, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Roberto Avalos–Perez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.